**1014**

**O. A. LA BUDDE, Collector, etc., v. NORTHERN PAPER MILLS.**

No. 5690.

Circuit Court of Appeals, Seventh Circuit.

March 5, 1936.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed.

---

**Benny LARSON, Appellant, v. UNITED STATES of America.**

No. 10396.

Circuit Court of Appeals, Eighth Circuit.

Dec. 16, 1935.

Henry Paull, of Duluth, Minn., for appellant.

George F. Sullivan, U. S. Atty., and James J. Giblin, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**Don LAWHEAD v. UNITED STATES of America.**

No. 1369.

Circuit Court of Appeals, Tenth Circuit.

Dec. 23, 1935.

J. B. Dudley, of Oklahoma City, Okl., for appellant.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

---

**LINCOLN MILLS, Inc., Appellant, v. George W. O'MALLEY, Collector of Internal Revenue, etc., et al.**

No. 10478.

Circuit Court of Appeals, Eighth Circuit.

March 2, 1936.

M. V. Beghtol, Glen H. Foe, and J. Lee Rankin, all of Lincoln, Neb., for appellant.

Joseph T. Votava, U. S. Atty., of Omaha, Neb., for appellees.

PER CURIAM.

Decree reversed, temporary restraining order entered by this court made permanent, etc., at costs of appellant, per stipulation of parties.

---

**Albert B. LOGAN, Trustee in Bankruptcy for the IDEAL BAKERY COMPANY, v. J. B. FOWLER.**

No. 1384.

Circuit Court of Appeals, Tenth Circuit.

March 5, 1936.

Albert B. Logan, of Colorado Springs, Colo., for appellant.

J. A. Carruthers and Gerald W. Bennett, both of Colorado Springs, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.